UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00289(1)-CRW |
| | § | |
| (1) Natividad De Jesus Diaz | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 29, 2026, wherein the defendant (1) Natividad De Jesus Diaz waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Natividad De Jesus Diaz to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Natividad De Jesus Diaz's plea of guilty to Count One (1) is accepted.

Signed this 12th day of November, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE